# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:16-mj-179 |
| Tylor LaVallie ) | |

**ORDER SCHEDULING**

**DETENTION HEARING**

A hearing in this case is scheduled as follows:

| **Type:** Detention Hearing | **Date and Time:** May 16, 2016, at 4:00 p.m. |
|---|---|
| **Place:** U.S. Federal Courthouse<br>Bismarck, ND | **Courtroom No.:**<br>Bismarck Courtroom 2 |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 05/13/2016

*/s/ Charles S. Miller, Jr.*
*Judge's signature*

Charles S. Miller, Jr., Magistrate Judge
*Printed name and title*